In the Matter of the Claim of LESLIE PARO, Appellant, against OSWEGO FALLS PULP AND PAPER COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of CATHERINE LeBRETT, Respondent, against P. J. DURCAN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

DOROTHY H. BURTON, Respondent, v. ALBANY ART UNION, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.